No. 873.   QUAKER OATS CO. *v.* PENNSYLVANIA.

March 12, 1945.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.   (1) *Flint* v. *Stone Tracy Co.,* 220 U. S. 107, 165; *Educational Films Corp.* v. *Ward,* 282 U. S. 379; *Ford Motor Co.* v. *Beauchamp,* 308 U. S. 331; *Butler Bros.* v. *McColgan,* 315 U. S. 501; (2) *Kansas City, M. & B. R. Co.* v. *Stiles,* 242 U. S. 111; *Northwestern Mutual Life Ins. Co.* v. *Wisconsin,* 247 U. S. 132; (3) *Phelps* v. *Board of Education,* 300 U. S. 319, 322–323; (4) *Western Live*

*Stock* v. *Bureau,* 303 U. S. 250, 256, and cases cited. *Messrs. W. A. Seifert, Geo. Ross Hull* and *Roy J. Keefer* for appellant. *James H. Duff,* Attorney General, and *Mr. H. F. Stambaugh* for appellee.